USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___10/21/21___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**RYAN STANCU,**

                              **Plaintiff,**

          **-against-**

**NEW YORK CITY/PARKS DEPT.,**

                              **Defendant.**

---

**20-CV-10371 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff requests the appointment of *pro bono* counsel. (ECF No. 27.) The factors to be considered in ruling on an indigent litigant's request for *pro bono* counsel include the merits of the case, the litigant's efforts to obtain a lawyer, and the litigant's ability to gather the facts and present the case if unassisted by counsel. *See Cooper v. A. Sargenti Co.*, 877 F.2d 170, 172 (2d Cir. 1989); *Hodge v. Police Officers,* 802 F.2d 58, 60–62 (2d Cir. 1986). Of these, the merits are "[t]he factor which command[s] the most attention." *Cooper*, 877 F.2d at 172.  It is too early in the proceedings for the Court to assess the merits of the action. The Court therefore DENIES Plaintiff's request for the appointment of *pro bono* counsel without prejudice to renewal, if appropriate, at a later date.

Defendants are directed to serve a copy of this Order on Plaintiff and file proof of service no later than October 25, 2021.

**SO ORDERED.**

 Dated:   **October 21, 2021**
          **New York, New York**

                              _____
                              **ANDREW L. CARTER, JR.**
                              **United States District Judge**