UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYAN STANCU,

                             Plaintiff,

-against-

NEW YORK CITY/PARKS DEPT.,

                             Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2024

20-CV-10371 (MMG) (JLC)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Any date, deadline, conference, or oral argument before or directed by Magistrate Judge Cott will proceed as ordered, including Plaintiff's response to Defendant's motion for summary judgment, which is due **April 26, 2024**, and Defendant's reply in support of its motion for summary judgment, which is due **May 17, 2024**. Any application related to those matters should continue to be directed to Magistrate Judge Cott. All counsel must familiarize themselves with the Court's Individual Rules & Practices (the "Individual Rules"), which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

      All parties are hereby notified that the undersigned was the Commissioner of the New York City Department of Investigation during portions of the time period identified in the Complaint (2018-2020) and remained in that position until November 10, 2021. The Department of Investigation has oversight and Inspector General jurisdiction over the New York City Department of Parks and Recreation. As far as the Court is aware, the undersigned has no particular or confidential knowledge about the events discussed in the Complaint, and thus sees no basis for recusal at this time. However, if any party wishes to move for recusal, has additional information that may bear on recusal, or wishes to discuss the question of recusal with the Court at a conference, they should file an appropriate letter on ECF no later than **April 10, 2024**.

      The Clerk of Court is respectfully directed to mail a copy of this Order and the Individual Rules to Plaintiff.

Dated: April 3, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge