**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RYAN STANCU,

                        Plaintiff,

      -against-                                 20 **CIVIL** 10371 (MMG)

                                                **JUDGMENT**

NEW YORK CITY / PARKS DEPT.

                        Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 25, 2025, Defendant's motion for summary judgment (Dkt. No. 77) is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      August 26, 2025

                                                          **TAMMI M. HELLWIG**
                                                           **Clerk of Court**

                                     **BY:**

                                                            **Deputy Clerk**